COM.

v.

KING, D.

991 WDA 2016

Superior Court of Pennsylvania.

08/11/2017

CP–02–CR–0007915–2015

(Allegheny)

Affirmed

FERRONE, R.

v.

HUNTINGTON BANCSHARES

1279 WDA 2016

Superior Court of Pennsylvania.

08/11/2017

A.D. No. 14–10463

(Butler)

Affirmed

COM.

v.

LOPEZ, L.

1078 WDA 2016

Superior Court of Pennsylvania.

08/11/2017

CP–25–CR–0002525–2015

(Erie)

Affirmed

COM.

v.

BURNS, J.

1421 WDA 2016

Superior Court of Pennsylvania.

08/11/2017

CP–11–CR–0002024–2015

(Cambria)

Affirmed